Tillman J. Breckenridge, Bailey Glasser LLP, Washington, DC, Jacob Derr, William & Mary School of Law, Williamsburg, VA, for Plaintiff-Appellant

Marie Henry, Pro Se

Cindy Ann Townsend, Michael J. Roper, Bell & Roper, PA, Orlando, FL, for Defendant-Appellee City of Mt. Dora

Michael L. Forte, Rumberger Kirk & Caldwell, PA, Tampa, FL, for Defendants-Appellees Brett Livingston, L. Severance

Before HULL, JULIE CARNES, and BARKSDALE,* Circuit Judges.

* Honorable Rhesa H. Barksdale, United States Circuit Judge for the Fifth Circuit, sitting by

PER CURIAM:

Plaintiff Marie Henry sued the City of Mt. Dora and police officers Brett Livingston and L. Severance on behalf of her minor daughter pursuant to 42 U.S.C. § 1983. Among other things, plaintiff alleged that these officers had arrested her minor daughter without probable cause in violation of the latter's constitutional rights. The officers moved to dismiss these false arrest claims, and the district court granted the motion. Plaintiff has appealed the district court's judgment dismissing these false arrest claims.

Having heard oral argument and carefully reviewed the record, we find no reversible error in the district court's order dismissing plaintiff's § 1983 false arrest claims against the above officers. We therefore **AFFIRM** the district court's order of dismissal.

UNITED STATES of America, Plaintiff-Appellee,

v.

Jose Angel HERNANDEZ-MARTINEZ, Defendant-Appellant.

No. 15-14623
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(May 31, 2017)

designation.

Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, Arthur Lee Bentley, III, Donald L. Hansen, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before HULL, MARCUS and JILL PRYOR, Circuit Judges.

PER CURIAM:

George C. Bedell, III, appointed counsel for Jose Angel Hernandez-Martinez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez-Martinez's convictions and sentences are **AFFIRMED**.